### Safeguard Mutual Insurance Company, Appellant, *v.* Commonwealth.

Argued May 25, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Malcolm H. Waldron, Jr.,* for appellant.

*Charles D. Cowley,* Assistant Attorney General, with him *Gerald Gornish,* Deputy Attorney General, and *J. Shane Creamer,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, May 4, 1973:
Order affirmed.

Mr. Justice ROBERTS, Mr. Justice NIX, and Mr. Justice MANDERINO dissent for the reasons expressed in *Biello v. Liquor Control Board,* 454 Pa. 179, 187, 301 A. 2d 849, 853 (1973) (dissenting opinion by NIX, J., in which ROBERTS, J., joined).